UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD JOSEPH TENORE,

Plaintiff,

-against-

DOMINICK PORRETTO, *et al.*,

Defendants.

No. 7:25-cv-00974 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of Defendant Dominick Porretto's Notice of Motion to Dismiss and supporting papers. Therein, Defendant Porretto notes that a hearing on the Motion to Dismiss will be held on October 9, 2026. The Court, however, has set no such hearing date. Nor has Defendant Porretto moved for a hearing on the Motion to Dismiss. Accordingly, to the extent Defendant Porretto's Notice of Motion purports to schedule a hearing for October 9, 2026, that date is hereby STRICKEN. The Court will determine whether oral argument is necessary upon review of the parties' submissions and, if so, will notify the parties of the date and time for such argument.

Dated: August 11, 2026
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE